MICHAEL A. GULBRANDSEN, as Administrator of the Estate of JULIUS HANSEN, Deceased, Appellant, *v.* THE LORD ELECTRIC COMPANY, Respondent.

*Gulbrandsen* v. *Lord Electric Co.*, 154 App. Div. 936, affirmed. (Submitted December 8, 1914; decided January 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 4, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Cornelius J. Earley* for appellant.

*E. Clyde Sherwood* and *Amos H. Stephens* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.